1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11   IN RE: INCRETIN MIMETICS )  Case No.13md2452 AJB (MDD)
      PRODUCTS LIABILITY )
12   LITIGATION )  ORDER GRANTING JOINT
       )  MOTION TO EXTEND TIME FOR
13        )  DEFENDANTS TO RESPOND IN
       )  CIVIL CASE NUMBERS: 13cv1505
14        )  AJB (MDD); 13cv1588 AJB (MDD);
       )  and 13cv1594 AJB (MDD).
15        )
       )  (Doc. No. 170)
16        )

17       Presently before Court is the parties' joint motion to extend time for Defendants

18 Merck Sharp & Dome Corp. and Merck & Co., Inc. (collectively, "Merck") to respond or

19 otherwise answer the complaints in the following civil cases:

20       1.   *Edwards v. Merck & Co., Inc., et al.*, 13cv1505 AJB (MDD);

21       2.   *Elberfeld v. Merck & Co., Inc., et al.*, 13cv1588 AJB (MDD); and

22       3.   *Salamanca v. Merck & Co., Inc., et al.*,13cv1594 AJB (MDD).

23       On October 18, 2013, the Court issued an order following the status conference

24 requiring Plaintiffs to submit a Master Consolidated Complaint by November 18, 2013,

25 and requiring Defendants to submit a Master Answer no later than December 18, 2013.

26 Accordingly, in light of the Court's previous order, the Court GRANTS the PARTIES'

27 joint motion.  Merck must answer or otherwise respond to the Complaints in the civil

28 / / /

1   cases listed above no later than December 30, 2013.

2   IT IS SO ORDERED.

3   DATED:  October 31, 2013

4

5                                        HON. GONZALO P. CURIEL
                                         FOR: HON. ANTHONY J. BATTAGLIA
6                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13md2452 AJB (MDD)