1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| BARBARA FRISBY, | ) | Case No. 13cv02483 AJB (MDD) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION TO AMEND CAPTION |
| vs. | ) | |
| | ) | (Doc. No. 211 in 13md2452) |
| | ) | |
| AMYLIN PHARMACEUTICALS, LLC | ) | |
| f/k/a AMYLIN PHARMACEUTICALS, | ) | |
| INC., ELI LILLY AND COMPANY, | ) | |
| and DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

21      On December 13, 2013, Plaintiff Barbara Frisby ("Plaintiff") filed the instant

22  motion seeking leave of Court to refile her original complaint without reference to the

23  MDL currently pending before this Court, 13md2452 *In re: Incretin Mimetic Liability*

24  *Litigation*.[1]  Plaintiff's complaint seeks damages relating to her diagnosis of thyroid

25  cancer, which Plaintiff alleges is causally linked to her use Byetta.  However, the transfer

26  order filed by the Judicial Panel of Multidistrict Litigation only approved the coordina-

27

28  ———————————————————
    [1] This motion was filed in compliance with the Court's Order following the Second
    Status Conference.  (Doc. No. 120 at 4:7-19.)  Accordingly, further briefing on the matter
    is not required.

tion and consolidation of pancreatic cancer cases, not cases alleging thyroid cancer. (13md2452, Doc. No. 1.)  Accordingly, the Court GRANTS Plaintiff's motion.  Plaintiff must refile her complaint without reference to 13md2452 no later than **December 20, 2013.**

IT IS SO ORDERED.

DATED:  December 17, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge