UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION | MDL Case No.13md2452 AJB (MDD)<br><br>This order relates to all related and member cases and the following cases:<br><br>13cv2169 AJB (MDD)<br>13cv2928 AJB (MDD)<br>13cv3191 AJB (MDD)<br>14cv56 AJB (MDD) |

Pursuant to the Court's direct filing order dated November 13, 2013, all cases alleging pancreatic cancer as a result of ingesting Byetta, Janumet, Januvia and/or Victoza could be directly filed in the MDL 2452. (Doc. No. 184.) Cases alleging injuries other than pancreatic cancer and/or cases alleging pancreatic cancer as a result of the ingestion of another incretin-based therapy could not be directly filed in the MDL. (Doc. No. 1.) It has come to the attention of the Court that the following cases alleging pancreatic cancer as a result of the ingestion of Onglyza, a DPP-4 inhibitor, were erroneously filed in the MDL: *Seufert v. Merck Sharp & Dohme Corp. et al.*, 13cv2169 AJB (MDD); *Lara v. Merck Sharp & Dohme Corp. et al.*, 13cv2928 AJB (MDD); *McDaniel v. Merck Sharp & Dohme Corp. et al.*, 13cv3191 AJB (MDD); and *Gaines v.*

*Amylin Pharmaceuticals, LLC et al.*, 14cv56 AJB (MDD).  Accordingly, the Clerk of Court is instructed to remove the above listed cases from the MDL.

To the extent counsel in any of the cases currently pending in the MDL has erroneously filed a case directly in the MDL that does not allege pancreatic cancer in conjunction with the ingestion of Byetta, Janumet, Januvia and/or Victoza, counsel is directed to follow the appropriate procedures to remove the case(s) from the MDL.

IT IS SO ORDERED.

DATED:  February 7, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge