David P. Dearing
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
218 Commerce Street
Montgomery, Alabama  36104
Phone: (334) 269-2343

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION | Case No. 13-md-2452-AJB-MDD |
| IN RE: GLORIA FARRELL, individually, and obo RANDELL HOUSTON FARRELL (Deceased) | **CERTIFICATE OF SERVICE**  Judge:  Hon. Anthony J. Battaglia  Magistrate:  Hon. Mitchell D. Dembin |

I, the undersigned, declare as follows:

I am employed in the County of Montgomery, State of Alabama.  I am over the age of 18 and not a party to the within action.  My business address is Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., 218 Commerce Street, Montgomery, AL  36104.  On February 10, 2014, I served the document(s) listed below on the interested parties in this action as follows:

**SHORT FORM COMPLAINT FOR DAMAGES and
AMENDED SHORT FORM COMPLAINT FOR DAMAGES**

1

[X] I hereby certify that I have electronically filed the document(s) listed above with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to all participants in the case who are registered CM/ECF users.

[ ] **[U.S. Mail]**  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Montgomery, Alabama, addressed as set forth herein.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

Executed on February 10, 2014 at Montgomery, Alabama.


/s/ David P. Dearing
DAVID P. DEARING