UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION | MDL Case No.13md2452 AJB (MDD)<br><br>As to all related and member cases<br><br>ORDER FOLLOWING SECOND CASE MANAGEMENT CONFERENCE |

On March 4, 2014, the Court held a Case Management Conference to address initial document production and key custodian designation/production deadlines regarding the issue of general causation. Counsel informed the Court that they have met and conferred regarding these issues and have agreed upon the following dates:

1. The data end-point or "cull point" has been set at **February 28, 2014**. As a result, all data regarding general causation up through this date will be within the bounds of discovery. However, this data-end point does not apply to Defendant Eli Lilly. The parties are continuing to meet and confer regarding a data end-point with respect to Defendant Eli Lilly, and will update the Court regarding these efforts at the next case management conference on May 28, 2014.

2. All "FDA files," including clinical trials relevant to the issue of general causation, must be produced on or before **May 9, 2014**. A case management

conference with respect to the status of the document production in this regard will be held on **May 28, 2014 at 1:00 PM** in Courtroom 3B. The parties may appear in person or telephonically for the May 28, 2014 conference. Any call-in instructions and a list of the individuals who will be appearing telephonically must be submitted to the Court via e-file no later than **May 23, 2014**.

3. All key custodian files must be produced on or before **June 6, 2014**. A case management conference with respect to the status of the document production in this regard will be held on **July 1, 2014 at 9:00 AM** in Courtroom 3B. The parties may appear in person or telephonically for the July 1, 2014 conference. Any call-in instructions and a list of the individuals who will be appearing telephonically must be submitted to the Court via e-file no later than **June 27, 2014**

4. Expert designations and document production regarding expert designations will be addressed by the Court at a later date.

5. The parties should continue to meet and confer regarding all discovery related issues. To the extent an agreement can not be reached, the parties are instructed to contact Magistrate Judge Mitchell D. Dembin for resolution.

IT IS SO ORDERED.

DATED: March 4, 2014

                                            Hon. Anthony J. Battaglia
                                            U.S. District Judge