UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION | MDL Case No.13md2452 AJB (MDD)<br><br>As to all related and member cases<br><br>ORDER SETTING BRIEFING SCHEDULE |

The Court hereby schedules a briefing schedule as to Defendants' Motion for Summary Judgment based on preemption as follows:

Oppositions will be due on or before May 12, 2014;

Replies will be due on or before May 27, 2014; and

No sur-replies or supplemental briefing will be filed.

The motion hearing is scheduled for *July 3, 2014 at 2:00 p.m.* in Courtroom 3B before Judge Anthony J. Battaglia.

IT IS SO ORDERED.

DATED: April 21, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge