**O'MELVENY & MYERS LLP**
Richard B. Goetz (SBN 115666)
Amy J. Laurendeau (SBN 198321)
4000 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
*Attorneys for Defendant*
*Amylin Pharmaceuticals, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Cases* | Case No. 3:13-md-02452-AJB-MDD<br><br>MDL 2452<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON RENEWED MOTION TO SEAL**<br><br>Judge: Hon. Anthony J. Battaglia |
|---|---|

In this Joint Motion, Defendants Amylin Pharmaceuticals, LLC; Eli Lilly and Company; Merck Sharp & Dohme Corp.; and Novo Nordisk, Inc., and the Plaintiffs' Steering Committee seek to extend by eight days, to May 29, 2014, the May 21, 2014 deadline set forth in this Court's Order Denying Motion to File Under Seal (Doc. 444) for the Parties to refile a motion to file under seal the sealed documents that Plaintiffs lodged under seal in support of their Opposition to Defendants' Motion for Summary Judgment.  (*See* Mot. to Seal (Doc. 441).)  In support of this Motion, the parties state as follows:

  1. Plaintiffs filed their Motion to Seal (Doc. 441) on Monday, May 12, 2014.

2. Plaintiffs served the sealed documents on Defendants via First Class U.S. Mail on Monday, May 12, 2014.

3. On Tuesday, May 13, 2014, the Court denied Plaintiffs' Motion to Seal without prejudice, ordering the parties to file a renewed motion to seal by May 21, 2014. (*See* Doc. 444.)

4. Defendants first received actual notice of the documents that Plaintiffs filed under seal when Plaintiffs provided the documents to Defendants via secure File Transfer Protocols on Wednesday, May 14, 2014.

5. In order to allow Defendants time to adequately review the documents, Defendants have requested that the deadline for the Parties to refile a motion to file under seal be extended eight days, to May 29, 2014.

6. Plaintiffs do not oppose this requested extension.

7. The requested extension will leave a renewed motion to file under seal fully briefed more than a month before the Court's July 1, 2014 hearing on the Defendants' Motion for Summary Judgment.

8. The Parties submit that this extension will serve the interest of justice and judicial economy.

//
//
//

| | | |
|---|---|---|
| 1 | Dated: May 16, 2014 | /s/ Michael K. Johnson |
| | | Michael K. Johnson |
| 2 | | Kenneth W. Pearson |
| | | **JOHNSON BECKER, PLLC** |
| 3 | | 33 South Sixth Street, |
| | | Suite 4530 |
| 4 | | Minneapolis, Minnesota 55402 |
| | | Telephone: (612) 436-1800 |
| 5 | | Facsimile: (612) 436-1801 |
| | | mjohnson@johnsonbecker.com |

*Counsel for Plaintiffs' Steering Committee*

/s/Amy Laurendeau
**O'MELVENY & MYERS LLP**
Richard B. Goetz (SBN 115666)
Amy J. Laurendeau (SBN 198321)
4000 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant Amylin Pharmaceuticals, LLC*

By:
/ s/ Valerie E. Torres
**LATHAM & WATKINS LLP**
Stephen P. Swinton (SBN 106398)
Valerie E. Torres (SBN 223011)
12670 High Bluff Drive
San Diego, CA 92130
Telephone:  (858) 523-5400
Facsimile:  (858) 523-5450
Email:  stephen.swinton@lw.com
Email:  valerie.torres@lw.com

- and -

**PEPPER HAMILTON LLP**
Nina M. Gussack
Kenneth J. King
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone:  (215) 981-4000
Facsimile:  (215) 981-4750
Email:  gussackn@pepperlaw.com
Email:  kingk@pepperlaw.comttorneys for *Attorneys for Defendant*

*Eli Lilly and Company*

/s/Heidi Levine
Heidi Levine
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel: 212.335.4500
Fax: 212.335.4501
heidi.levine@dlapiper.com

*Attorneys for Defendant Novo Nordisk Inc.*

/s/Ana Reyes
Ana Reyes
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 2005-5901
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
areyes@wc.com

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: /s/   Scott M. Edson
Scott M. Edson

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2014, I caused the foregoing to be electronically filed with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2014, at Newport Beach, California.

                                            /s/ Amy J. Laurendeau
                                            Amy J. Laurendeau