UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION | MDL Case No.13md2452 AJB (MDD) <br><br> ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PARTIES TO FILE RENEWED MOTION TO SEAL <br><br> (Doc. No. 453) |

After considering the parties' joint motion to extend time to file a renewed motion to seal portions of Plaintiffs' opposition to Defendants' motion for summary judgment, the Court hereby GRANTS the motion. (Doc. No. 453.) Accordingly, any motion to seal the currently lodged documents must be filed no later than May 29, 2014. Failure to do will result in the unsealing of such documents pursuant to the Court's May 13, 2014 Order. (Doc. No. 444 at 4:5-7.)

IT IS SO ORDERED.

DATED: May 19, 2014

Hon. Anthony J. Battaglia
U.S. District Judge

1

13md2452 AJB (MDD)