1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10
11   IN RE: INCRETIN MIMETICS         )   MDL Case No.13md2452 AJB (MDD)
     PRODUCTS LIABILITY               )
     LITIGATION                       )   As to all related and member cases
12                                    )
                                      )   ORDER GRANTING MOTION TO
13                                    )   PERMANENTLY SEAL
                                      )   PLAINTIFFS' MEMORANDUM IN
14                                    )   SUPPORT OF MOTION TO COMPEL
                                      )   DISCOVERY OF ADVERSE EVENT
15                                    )   SOURCE DOCUMENTS AND
                                      )   DATABASES
16   _____ )
                                          (Doc. No. 554-1)
17

18        Currently before the Court is Defendant Merck Sharp & Dohme Corps.'s

19   ("Merck") motion to permanently seal Plaintiffs' memorandum in support of motion to

20   compel discovery of adverse event source documents and databases ("Memorandum").

21   (Doc. No. 554-1.)  (Doc. No. 595.)  On August 28, 2014, the Court granted motions to

22   seal documents filed with Plaintiffs' Memorandum, including Exhibits 13, 14, and 15.

23   The Court also granted Merck's motion to file its motion to seal under seal which

24   references the above documents.  (Doc. No. 586.)  Accordingly, the Court hereby

25   incorporates by reference its analysis related to Exhibits 13, 14, and 15, as well as its

26   analysis with respect to Merck's motion to file its motion to seal under seal.

27   //

28   //

                                          1                          13md2452 AJB (MDD)

1    The Court finds good cause exists to permanently seal Plaintiff's Memorandum as

2 the Memorandum quotes from or describes the previously sealed confidential documents.

3 Merck's motion to permanently seal Plaintiff's Memorandum is hereby GRANTED.

4 Plaintiffs are directed to file a public version of the Memorandum, redacting only those

5 portions that contain quotations and/or descriptions of the confidential documents within

6 seven (7) days of this order.  The Clerk of Court is hereby instructed to seal the currently

7 provisionally sealed lodged documents in accordance with the above.

8

9    IT IS SO ORDERED.

10

11 DATED:  September 5, 2014

12    _____

Hon. Anthony J. Battaglia
13    U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28