**WILSON TURNER KOSMO LLP**
Vickie E. Turner (SBN 106431)
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  vturner@wilsonturnerkosmo.com

**WILLIAMS & CONNOLLY LLP**
Douglas R. Marvin (D.C. Bar No. 933671)
Eva Petko Esber (D.C. Bar No. 395952)
Paul E. Boehm (D.C. Bar No. 493245)
725 Twelfth Street, N.W.
Washington, D.C.  2005-5901
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029
E-mail:  dmarvin@wc.com
E-mail:  eesber@wc.com
E-mail:  pboehm@wc.com

*Attorneys for Merck Sharp & Dohme Corp.*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION<br><br>*As to All Related and Member Cases* | Case No.   13-md-2452-AJB (MDD)<br><br>**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. Mitchell D. Dembin |

The parties submit this Joint Motion for Modification of Scheduling Order and state the following in support:

1. The Court entered a scheduling order for this action on July 1, 2014. *See* ECF No. 504.  That order calls for the disclosure of Plaintiffs' experts and reports by November 17, 2014; the disclosure of Defendants' experts and reports by December

17, 2014; the submission of Plaintiffs' rebuttal reports by January 30, 2015; and the completion of expert depositions by March 6, 2015. *Id.* at 2.

2. The parties have conferred in good faith and, in light of the progress of the case, agree that an extension of the schedule as to general causation is warranted to afford the parties adequate time to complete discovery regarding that issue.

3. In light of the Court's statements that the preemption issue should be ready for adjudication in advance of the general causation issue, this schedule would permit Defendants to submit a motion for summary judgment based on preemption in early 2015, prior to the completion of expert discovery on general causation. *See, e.g.*, ECF No. 504, at 2 ("Following a decision on preemption, summary judgment will be scheduled on the issue of general causation if necessary."); ECF No. 567, at 3 ("The Parties are encouraged to focus their efforts on Preemption first, as the Court will entertain a motion for summary judgment based on Preemption prior to one on general causation.").

4. Accordingly, the Parties now jointly move this Court to adopt the following revised schedule:

    a. **As to Preemption**:
        i. *November 17, 2014*—Each party must notify the other parties, by this date, of the experts (and their respective fields) for whom they intend to submit expert reports on preemption. If a party decides to not submit an expert report, they will notify the other parties of that decision on this date.
        ii. *December 8, 2014*—The parties must file and serve any expert reports relating to preemption by this date.
        iii. *January 16, 2015*—The parties must file and serve any rebuttal expert reports relating to preemption by this date. In the event a party decided to not submit an expert report on December 8, any

rebuttal expert reports shall be limited to rebutting points made by the opposing parties' experts.

    iv. At a future conference, the Court will set a schedule for any expert discovery and for hearing and briefing any summary judgment motion on preemption.

  b. **As to General Causation**:

    i. *February 17, 2015*—Plaintiffs' disclosure of experts and their reports as to general causation must be filed and served by this date.

    ii. *March 20, 2015*—Defendants' disclosure of experts and their reports as to general causation must be filed and served by this date.

    iii. *March 30, 2015*—Plaintiffs' rebuttal reports as to general causation must be filed and served by this date.

    iv. *May 15, 2015*—All expert discovery as to general causation must be completed by this date.

5. A proposed order will be e-mailed to chambers in accordance with the Court's Standing Order for Civil Cases.

**Respectfully submitted:**

Dated: October 22, 2014

VICKIE E. TURNER
WILSON TURNER KOSMO LLP

By:   s/ Vickie E. Turner
Vickie E. Turner
Attorneys for Defendant
Merck Sharp & Dohme Corp.

-3-      Case No. 13-md-2452-AJB-MDD
JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Dated: October 22, 2014

RYAN L. THOMPSON
WATTS GUERRA LLP

By: s/ Ryan L. Thompson
    Ryan L. Thompson
    Plaintiffs' Counsel

Dated: October 22, 2014

HUNTER J. SHKOLNIK
NAPOLI BERN RIPKA SHKOLNIK

By: s/ Hunter J. Shkolnik
    Hunter J. Shkolnik
    Plaintiffs' Counsel

Dated: October 22, 2014

TOR A. HOERMAN
JACOB W. PLATTENBERGER
TORHOERMAN LAW LLC

By: s/ Tor A. Hoerman
    Tor A. Hoerman
    Plaintiffs' Counsel

Dated: October 22, 2014

NINA M. GUSSACK
KENNETH J. KING
PEPPER HAMILTON LLP

By: s/ Kenneth J. King
    Kenneth J. King
    Attorneys for Defendant
    Eli Lilly and Company, a
    corporation

| | |
|---|---|
| Dated:  October 22, 2014 | RICHARD B. GOETZ<br>AMY J. LAURENDEAU<br>O'MELVENY & MYERS LLP<br><br>By: s/ Amy J. Laurendeau<br>    Amy J. Laurendeau<br>    Attorneys for Defendant<br>    Amylin Pharmaceuticals, LLC |
| Dated:  October 22, 2014 | DOUGLAS R. MARVIN<br>EVA PETKO ESBER<br>PAUL E. BOEHM<br>WILLIAMS & CONNOLLY LLP<br><br>By:  s/ Douglas R. Marvin<br>    Douglas R. Marvin<br>    Attorneys for Defendant<br>    Merck Sharp & Dohme Corp. |
| Dated:  October 22, 2014 | LOREN BROWN<br>HEIDI LEVINE<br>RAYMOND WILLIAMS<br>DLA PIPER<br><br>By:  s/ Heidi Levine<br>    Heidi Levine<br>    Attorneys for Defendant<br>    Novo Nordisk Inc. |

## SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

                                          s/ Vickie E. Turner
                                          VICKIE E. TURNER