UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION | Case No.13cv2411 AJB (MDD)<br><br>Lead Case No. 13md2452 AJB (MDD) |
| PATRICIA REED,<br><br>            Plaintiff,<br>v.<br>MERCK SHARP & DOHME CORP., et al.,<br><br>            Defendants. | ORDER GRANTING JOINT MOTION TO SUBSTITUTE PLAINTIFF AND AMEND CAPTION<br><br>(Doc. No. 67.) |

    Presently before the Court is the parties' stipulation and joint motion to substitute Plaintiff Patricia Reed ("Plaintiff"), who passed away on August 9, 2014, for Frank Reed and Carrie Reed, the Joint Successors-in-Interest and surviving children to Plaintiff's estate. (Doc. No. 67.) In accordance with Federal Rule of Civil Procedure 25(a)(1), Plaintiff's Counsel filed a suggestion of death on October 23, 2014. (Doc. No. 58.) Accordingly, the Court **GRANTS** the joint motion. The Clerk of Court is instructed to update the caption in both the individual case, 13cv2411 AJB (MDD) and the Lead MDL case, 13md2452 AJB (MDD) as follows:

/././.

FRANK REED AND CARRIE REED, BOTH INDIVIDUALLY AND AS JOINT SUCCESSORS-IN-INTEREST OF THE ESTATE OF PATRICIA, DECEASED,

    Plaintiffs,

v.

MERCK SHARP & DOHME CORP., et. al.

    Defendant.

**IT IS SO ORDERED**.

DATED: February 5, 2015

_____
Hon. Anthony J. Battaglia
U.S. District Judge