UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION<br>_____<br>SALLY DONZELLI, Individually and as Special Administrator for the Estate of GEORGE DONZELLI,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME, CORP., et al.,<br><br>　　　　Defendants.<br>_____ | Lead Case No. 13md2452 AJB (MDD)<br><br>Case No. 14cv1596 AJB (MDD)<br><br>ORDER RE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO REMAND |

On February 6, 2015, Plaintiff filed an unopposed motion for an extension of time to file a reply in support of Plaintiff's motion to remand. (Doc. No. 71.) The Court granted the motion, (Doc. No. 72), making Plaintiff's reply due on February 9, 2015. To date, Plaintiff has not filed a reply in further support of the motion to remand.

///

///

To prevent delay of the March 5, 2015 hearing date, Plaintiff is ordered to file a reply brief, if at all, by **February 13, 2015**.

**IT IS SO ORDERED.**

DATED: February 11, 2015

_____
Hon. Anthony J. Battaglia
U.S. District Judge