RAYMOND M. WILLIAMS (Bar No. 164068)
raymond.williams@dlapiper.com
DLA PIPER LLP (US)
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Tel: 215.656.3300
Fax: 215.656.3301

CHRISTOPHER M. YOUNG (Bar No. 163319)
christopher.young@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

LOREN H. BROWN
loren.brown@dlapiper.com
HEIDI LEVINE
heidi.levine@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

Attorneys for Defendant
NOVO NORDISK INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION

*This Document Relates to All Cases*

Case No. 3:13-MD-02452-AJB-MDD

**DECLARATION OF HEIDI LEVINE IN SUPPORT OF DEFENDANT NOVO NORDISK INC.'S REPLY TO PLAINTIFFS' OPPOSITION TO NOVO'S MOTION TO DISQUALIFY DR. G. ALEXANDER FLEMING AS AN EXPERT WITNESS FOR PLAINTIFFS AND STRIKE HIS REPORT ON PREEMPTION**

Judge: Hon. Anthony J. Battaglia
Ctrm: 3B
Hrg: March 12, 2015
Time: 2:00 pm

I, Heidi Levine, declare as follows:

1. I am an attorney with DLA Piper LLP (US), counsel for Defendant Novo Nordisk Inc. ("Novo"). I am licensed to practice in the State of New York. I have personal knowledge of the facts set forth herein. I submit this declaration in support of Novo's Reply to Plaintiffs' Opposition to Novo's Motion to Disqualify Dr. G. Alexander Fleming as an Expert Witness for Plaintiffs and Strike his Expert Report on Preemption ("Disqualifying Motion").

2. Attached as Exhibit 34 is a true and correct copy of bate stamped documents NNI-Fleming-00000001, NNI-Fleming-00000005, and NNI-Fleming-00000011. These documents are spreadsheets that were provided to me by Novo and contain the amounts paid to Dr. Fleming and his consulting firm, Kinexum, since 2001. These records were maintained by Novo in its regular course of business.

3. Attached as Exhibit 35 is a true and correct copy of the unpublished case *Novartis AG v. Apotex Inc.*, No. CIV.A. 09-5614 PGS, 2011 WL 691594 (D.N.J. Jan. 24, 2011).

4. Attached as Exhibit 36 is a true and correct copy of the unpublished case *Bone Care Int'l, LLC v. Pentech Pharms., Inc.*, No. 08 C 1083, 2009 WL 249386 (N.D. Ill. Feb. 2, 2009).

5. Attached as Exhibit 37 is a true and correct copy of the unpublished case *In re Androgel Antitrust Litig.*, No. 1:09–MD–2084–TWT, 2011 WL 1882516 (N.D. Ga. May 16, 2011).

6. Attached as Exhibit 38 is a true and correct copy of the unpublished case *Demouchette v. Dart*, No. 09 C 6016, 2012 WL 472917, at *4 (N.D. Ill. Feb. 10, 2012).

/////

/////

/////

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 18, 2015 in the State of New York.

Heidi Levine

# TABLE OF CONTENTS

## EXHIBITS


| Exhibit | Description | Pages |
|---|---|---|
| 34 | Bates stamped document NNI-Fleming-00000001, NNI-Fleming-00000005, and NNI-Fleming-00000011[FILED UNDER SEAL] | 3-15 |
| 35 | Unpublished case *Novartis AG v. Apotex Inc*., No. CIV.A. 09-5614 PGS, 2011 WL 691594 (D.N.J. Jan. 24, 2011) | 16-18 |
| 36 | Unpublished case *Bone Care Int'l, LLC v. Pentech Pharms., Inc.*, No. 08 C 1083, 2009 WL 249386 (N.D. Ill. Feb. 2, 2009) | 19-22 |
| 37 | *In re Androgel Antitrust Litig*., No. 1:09–MD–2084–TWT, 2011 WL 1882516 (N.D. Ga. May 16, 2011). | 23-26 |
| 38 | *Demouchette v. Dart*, No. 09 C 6016, 2012 WL 472917, at *4 (N.D. Ill. Feb. 10, 2012) | 27-29 |