1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION | Case No. 13md2452 AJB (MDD)<br><br>**JOINT MOTION FOR ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(2)**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. Mitchell D. Dembin |
| Shane Sowatzski, Individually and as Personal Representative of Max Sowatzski v. Amylin Pharmaceuticals, LLC, et al. | No. 14-CV-1164-AJB-MDD |

Case No.  13md2452 AJB (MDD)

JOINT MOTION FOR DISMISSAL

Pursuant to Rule 41(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff Shane Sowatzski, Individually and as Personal Representative of Max Sowatzski, by counsel, and Defendants Amylin Pharmaceuticals, LLC and Eli Lilly and Company, by counsel (collectively "the Parties"), hereby move for the entry of the attached proposed Order of Dismissal, dismissing without prejudice all claims, counterclaims, defenses and any pending motions in the above-captioned action as between the Parties, with the Parties bearing their own fees and costs.

Respectfully submitted,

/s/ Ernest W. Boyd
Ernest W. Boyd, Esq.
The Butch Boyd Law Firm
2905 Sackett Street
Houston, Texas 77098
Telephone: 713-589-8477
butchboyd@butchboydlawfirm.com

*Attorney for Plaintiff Sowatzski*

PEPPER HAMILTON LLP
Nina M. Gussack
Kenneth J. King

By:  /s/ Kenneth J. King
E-mail:  kingk@pepperlaw.com

*Attorneys for Eli Lilly and Company*

O'MELVENY & MYERS LLP
Richard B. Goetz
Amy J. Laurendeau

By:  /s/ Amy J. Laurendeau
E-mail:  alaurendeau@omm.com

*Attorneys for Amylin Pharmaceuticals, LLC*

-1-   Case No.  13md2452 AJB (MDD)
JOINT MOTION FOR DISMISSAL

**SIGNATURE ATTESTATION**

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

                                              /s/ Stephen P. Swinton

                                              Stephen P. Swinton

**PROOF OF SERVICE**

I hereby certify that on this 19th day of February, 2015, I electronically filed the Parties' Joint Motion For Order Of Dismissal Pursuant To Fed. R. Civ. P. 41(a)(2) using the CM/ECF system, which will automatically send an email notification to participants in the case who are registered CM/ECF users.

                                              /s/ Stephen P. Swinton

                                              Stephen P. Swinton