# EXHIBIT 4

FOOD AND DRUG ADMINISTRATION

IN COLLABORATION WITH THE NATIONAL CANCER INSTITUTE

Methodological Considerations in Evaluation of

Cancer as an Adverse Outcome Associated with

Use of Non-Oncological Drugs and Biological

Products in the Post-Approval Setting

Thursday, September 11, 2014

8:02 a.m. to 3:56 p.m.

Double Tree by Hilton Hotel

The Pinnacle Grand Ballroom

8727 Colesville Road

Silver Spring, Maryland

```
 1                    Meeting Roster

 2    PANEL MEMBERS

 3    Elizabeth B. Andrews, PhD, MPH, BA

 4    Vice President

 5    Pharmacoepidemiology and Risk Management

 6    RTI Health Solutions

 7    Research Triangle Park, North Carolina

 8

 9    Laurent Azoulay, PhD

10    Assistant Professor

11    Department of Oncology

12    McGill University

13    Center for Clinical Epidemiology

14    Lady Davis Institute, Jewish General Hospital

15    Montreal, Quebec, Canada

16

17    Laurie Habel, PhD, MPH

18    Research Scientist/Epidemiologist

19    Section Chief, Cancer Research

20    Kaiser Permanente, Division of Research

21    Oakland, California

22
```

| | |
|---|---|
| 1 | **FDA MODERATORS/PRESENTERS MEETING TEAM** |
| 2 | **<u>Marie Bradley, PhD, MPH, M.Pharm</u>** |
| 3 | Cancer Prevention Fellow |
| 4 | Clinical and Translational Epidemiology Branch |
| 5 | Division of Cancer Control and Population Sciences |
| 6 | National Cancer Institute |
| 7 | National Institutes of Health |
| 8 | Rockville, Maryland |
| 9 | Fellow in Pharmacoepidemiology Division |
| 10 | Division of Epidemiology-II |
| 11 | OPE, CDER, FDA |
| 12 | |
| 13 | **<u>Psachal Calloway, MBA</u>** |
| 14 | Health Science Administrator |
| 15 | Office of Pharmacovigilance and Epidemiology |
| 16 | Office of Surveillance and Epidemiology |
| 17 | Center for Drug Evaluation and Research |
| 18 | Food and Drug Administration |
| 19 | Silver Spring, Maryland |
| 20 | |
| 21 | |
| 22 | |

1  **Andrew N. Freedman, PhD**
2  Chief
3  Clinical and Translational Epidemiology Branch
4  Epidemiology and Genomics Research Program
5  DCCPS, NCI, NIH
6  Bethesda, Maryland
7
8  **David J. Graham, MD, MPH**
9  Associate Director for Science and Medicine
10 OPE, OSE, CDER, FDA
11
12 **Cherice N. Holloway**
13 Public Health Analyst
14 Outreach and Communications Team
15 OSE, CDER, FDA
16
17 **John K.Leighton, PhD, DABT**
18 Acting Director
19 Division of Hematology Oncology Toxicology
20 Office of Hematology and Oncology Products
21 Office of Drug Evaluation-IV
22 CDER, FDA

C O N T E N T S

| # | AGENDA ITEM | PAGE |
|---|---|---|
| 1 | | |
| 2 | AGENDA ITEM | PAGE |
| 3 | **Welcome, Introduction and Focus of Day 2** | |
| 4 |     Simone Pinheiro, ScD, MSc | 13 |
| 5 | **Session 3: Cancer Identification (continued)** | |
| 6 | Summary of Session 3-Day 1, Outline of | |
| 7 | Presentation and Introduction of Speakers | |
| 8 |     Marie Bradley, PhD, MPH, M.Pharm | 19 |
| 9 | Session 3b. Identification of Timing of | |
| 10 | Esophageal Cancer in an Electronic Medical | |
| 11 | Record Database | |
| 12 |     Alexander Walker, MD, Dr.PH | 24 |
| 13 | **Clarifying Questions** | 36 |
| 14 | **Panel Discussions** | 67 |
| 15 | **Session 4: Exposure Metric, Risk Window and** | |
| 16 | **Risk Estimation** | |
| 17 | Outline of Presentation and Introduction | |
| 18 | of Speakers | |
| 19 |     Rita Ouellet-Hellstrom, PhD, MPH | 112 |
| 20 | Session 4a. Identifying Biologically Relevant | |
| 21 | Time Windows | |
| 22 |     Alexander Walker, MD, Dr.PH | 113 |

C O N T E N T S (continued)

| AGENDA ITEM | PAGE |
|---|---|
| Session 4b. Challenges Related to Exposure Determination | |
|     Samy Suissa, PhD | 129 |
| Session 4c. Estimating the Effects of Time-Varying Treatments on Cancer Risk in Randomized and Nonrandomized Studies | |
|     Miguel Hernan, MD, ScM, Dr.PH | 147 |
| **Clarifying Questions** | 162 |
| **Panel Discussions** | 177 |
| **Panel Discussions: Putting it All Together** | 274 |
| **Concluding Remarks - Day 2** | |
|     Simone Pinheiro, ScD, MSc | 335 |
| **Adjournment** | 337 |

1  DR. GRAHAM: Just to sort of address your
2  question, Howard, the work that we're doing with
3  pancreatic cancer, we're using -- it's within our
4  SIMS database, so we're using the SEER diagnosed
5  cases. So there, they have been classified by SEER
6  as pancreatic cancer. So those are the cases that
7  we're using in our diabetes work.
8  We have developed an algorithm for
9  pancreatic cancer that has very good performance,
10 and our next step will be, when we've completed the
11 study in SIMS -- which actually we're going to be
12 looking at the very first analyses next Tuesday.
13 When we finish that, we'll then take the
14 algorithm, apply it to the entire Medicare database
15 to test our principle of developing an algorithm in
16 the SEER-Medicare environment, applying it to the
17 entire Medicare environment, getting some of those
18 medical records, and seeing if the results we get
19 in the entire population are the same as the
20 results we got in SEER, that we'll get in SEER and
21 this assay sensitivity.
22 Then if that works, then the third step will

1  be to tackle drugs, and the incretins are at the
2  top of our list there.  There is a lot of concern
3  about that within the agency, the incretins in
4  pancreatic cancer.
5          DR. WONG:  The public speaker?
6          DR. HECKMAN-STODDARD:  Brandy Heckman-
7  Stoddard, NCI.
8          Dr. Graham, I also wanted to have you
9  comment on the algorithms in terms of when they
10 were developed in the past years in terms of time
11 and what type of data was used to develop the
12 algorithm, because as statins have increased in
13 usage and the types of treatment for diabetes have
14 changed over time, the risk of microvascular
15 complications may change.  So those algorithms
16 might have been developed on earlier data that may
17 not be relevant to today's treatment of diabetes.
18         DR. GRAHAM:  Right.  The data that we used
19 for the algorithms covered the period from 2005 to
20 2009.  So we used SEER data from 2005 to 2009 to
21 develop the algorithms.
22         When we get the data for 2010 and '11 and do