# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION | CASE NO. 13-MD-2452 AJB (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY GENERAL CAUSATION SCHEDULING ORDER**<br><br>(Doc No. 1296) |

The Court, having considered the Parties' Joint Motion to Modify the General Causation Scheduling Order, hereby **GRANTS** said motion.

**IT IS HEREBY ORDERED THAT:** 1) depositions of General Causation Experts must be completed by October 30, 2015; and 2) defendant Novo Nordisk may serve a sur-rebuttal to Dr. Betensky's report no later than August 20, 2015. All other deadlines regarding General Causation expert reports remain unchanged.

**IT IS SO ORDERED.**

Dated:  August 11, 2015

Hon. Anthony J. Battaglia
United States District Judge