

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robbie Lynn Callihan Kirby & Kevin Kir **Plaintiff,** | Civil No. __13md2452 AJB__ |
| v. | **PRO HAC VICE APPLICATION** |
| Amylin Pharmaceuticals, LLC, Eli Lilly a **Defendant.** | Plaintiff |
| | Party Represented |

I, __William M. Quin II__ hereby petition the above entitled court to permit me
   (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: McCraney Montagnet Quin & Noble, PLLC
Street address: 602 Steed Road, Suite 200
City, State, ZIP: Ridgeland, MS 39157
Phone number: (601) 707-5725
Email: wquin@mmqnlaw.com

That on __04/28/1998__ I was admitted to practice before __The Supreme Court of Mississippi__
           (Date)                                                (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*William M Quin* (signature)
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

_____                    _____
(Name)                                  (Telephone)

_____
(Firm)

_____                    _____    _____
(Street)                                (City)          (Zip code)

                                        _____
                                        (Signature of Applicant)

I hereby consent to the above designation.

                                        _____
                                        (Signature of Designee Attorney)