UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THIS DOCUMENT APPLIES TO PLAINTIFF(S): James Crowder, Individually and as Interim Estate Representative of Richard Crowder, Dec'd

Plaintiffs

v.

☑ AMYLIN PHARMACEUTICALS, LLC,
☑ ELI LILLY AND COMPANY,
☐ MERCK SHARP & DOHME CORP.,
☐ NOVO NORDISK INC.,

(Check all the above that apply)

Defendants

Pertains To Civil Action No.:
13-cv-02878-AJB-MDD

In Re: Incretin-Based Therapies
Products Liability Litigation

**MDL NO. 2452**
AMENDED
**SHORT FORM COMPLAINT FOR DAMAGES**

Case No.: 13md2452 AJB(MDD)

**AMENDED  SHORT FORM COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff(s) named herein, and for Complaint against the Defendants named herein, incorporates and fully adopts the Master Form Complaint (the "Master Complaint") in MDL No. 2452 by reference.  Plaintiff(s) further shows the Court as follows:

JURISDICTION AND VENUE

1.   Jurisdiction in this Complaint is based on:

☑ Diversity of Citizenship

☐  Other (As set forth below, the basis of any additional ground for jurisdiction must be pleaded in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

_____.

2.   District Court and Division in which you might have otherwise filed absent the direct filing order entered by this Court: _____

United States District Court of Eastern District of Tennessee _____.

3.     Plaintiff(s) further adopts the allegations contained in the following paragraphs of the Jurisdiction and Venue section of the Master Complaint:

■ Paragraph 10;

■ Paragraph 11;

☐ Paragraph 12;

☐ Paragraph 13;

☐ Paragraph 14;

■ Paragraph 15; and/or

☐  Other allegations as to jurisdiction and venue  (Plead in sufficient detail in numbered paragraphs (numbered to begin with 3(a)) as required by the applicable Federal Rules of Civil Procedure): _____

_____.

## PLAINTIFF/INJURED PARTY INFORMATION

4.     Injured/Deceased Party's Name: Richard Crowder _____

(the "Injured Party").

5.     Any injury (or injuries) suffered by the Injured Party in addition to those injuries related to the Injured Party's Pancreatic Cancer, which is alleged to have been caused by the drug(s) ingested as set forth below (put "None" if applicable): Pancreatitis and other sequelae related to pancreatic cancer ____.

6.     Injured Party's spouse or other party making loss of consortium claim:

_____.

7.     Other Plaintiff(s) and capacity, if Injured Party is deceased or otherwise incapacitated (i.e., administrator, executor, guardian, representative, conservator, successor in interest): James Crowder, Ind'v & Interim Estate Rep.

8.     City(ies) and State(s) of residence of Injured Party at time of ingestion of the Drug(s): Chattanooga, TN _____.

9.     City and State of residence of Injured Party at time of pancreatic cancer diagnosis (if different from above): _____.

10.    City and State of residence of Injured Party at time of diagnosis of other Injury(ies) alleged in Paragraph 5 (if different from above): _____.

11.    If applicable, City and State of current residence of Injured Party (if different from above): _____.

12.    If applicable, City and State of residence of Injured Party at time of death (if different from above): _____.

13.    If applicable, City and State of current residence of each Plaintiff, including any Consortium and or other Plaintiff(s) (i.e., administrator, executor, guardian, representative, conservator, successor in interest): James Crowder
2906 4th Ave., Chattanooga, TN 37407 .

14.    Check box(es) of product(s) (the "Drugs") for which you are making claims in this Complaint:

☑ Byetta.  Dates of use: October 2012 through December 2012 .

☐ Januvia.  Dates of use: _____.

☐ Janumet.  Dates of use: _____.

☐ Victoza.  Dates of use: _____.

15.    Date of pancreatic cancer diagnosis: December 27, 2012 .

16.    If applicable, date of other injuries alleged in Paragraph 5: _____
October 12, 2012 Pancreatitis .

17.    If applicable, date of death: March 29, 2016 .

DEFENDANTS NAMED HEREIN
(Check Defendants against whom Complaint is made)

☑ Amylin Pharmaceuticals, LLC

☑ Eli Lilly and Company

☐ Merck Sharp & Dohme Corp.

☐ Novo Nordisk Inc.

CAUSES OF ACTION
(Counts in the Master Complaint brought by Plaintiff(s))

- 3 -

■ Count I – Strict Liability – Failure to Warn

■ Count II – Strict Liability – Design Defect

■ Count III – Negligence

■ Count IV – Breach of Implied Warranty

■ Count V – Breach of Express Warranty

■ Count VI – Punitive Damages

☐ Count VII – Loss of Consortium

■ Count VIII – Wrongful Death

■ Count IX – Survival Action

☐ Other Count(s):_____

Plead factual and legal basis for any Other Count(s) in separately numbered
Paragraphs (beginning with Paragraph 18) that provide sufficient information
and detail to comply with the applicable Federal Rules of Civil Procedure.

_____

## PRAYER FOR RELIEF AND, AS APPLICABLE,
## PRAYER FOR RELIEF FOR SURVIVAL AND WRONGFUL DEATH

WHEREFORE, Plaintiff(s) pray(s) for relief as set forth in the Master
Complaint filed in MDL No. 2452.

## JURY DEMAND

Plaintiff(s) hereby ☑ demands ☐ **does not** demand a trial by jury on all
issues so triable.

Dated:   November 16   , 20 16

                              Respectfully submitted,
                              /s/ Thomas J. Preuss
                              Thomas J. Preuss, MO Bar # 54923

                              Wagstaff & Cartmell LLP
                              4740 Grand Ave., Suite 300
                              Kansas City, MO  64112
                              Tel. (816) 701-1100
                              Fax (816) 531-2372

- 4 -