1
2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

3
4
5

THIS DOCUMENT APPLIES TO
PLAINTIFF(S): JEANETTE ENGLE
_____

6

Plaintiffs

7

v.

8
9
10

☐ AMYLIN PHARMACEUTICALS, LLC,
☐ ELI LILLY AND COMPANY,
☑ MERCK SHARP & DOHME CORP.,
☐ NOVO NORDISK INC.,

11
12

(Check all the above that apply)

13

Defendants

Pertains To Civil Action No.:
_____

In Re: Incretin-Based Therapies
Products Liability Litigation

**MDL NO.  2452**

**FIRST AMENDED SHORT
FORM COMPLAINT FOR
DAMAGES**

Case No.: 13md2452 AJB(MDD)

14

**FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES**

15      COMES NOW the Plaintiff(s) named herein, and for Complaint against the

16  Defendants named herein, incorporates and fully adopts the Master Form Complaint

17  (the "Master Complaint") in MDL No. 2452 by reference.  Plaintiff(s) further shows

18  the Court as follows:

19                  JURISDICTION AND VENUE

20      1.      Jurisdiction in this Complaint is based on:

21          ☑  Diversity of Citizenship

22          ☐   Other (As set forth below, the basis of any additional ground for

23      jurisdiction must be pleaded in sufficient detail as required by the

24      applicable Federal Rules of Civil Procedure):

25      _____.

26      2.      District Court and Division in which you might have otherwise filed

27  absent the direct filing order entered by this Court: _____

28  United States District Court, Southern District of West Virginia
_____.

3.     Plaintiff(s) further adopts the allegations contained in the following paragraphs of the Jurisdiction and Venue section of the Master Complaint:

☑ Paragraph 10;

☑ Paragraph 11;

☐ Paragraph 12;

☑ Paragraph 13;

☑ Paragraph 14;

☑ Paragraph 15; and/or

☐ Other allegations as to jurisdiction and venue  (Plead in sufficient detail in numbered paragraphs (numbered to begin with 3(a)) as required by the applicable Federal Rules of Civil Procedure): _____

_____.

## PLAINTIFF/INJURED PARTY INFORMATION

4.     Injured/Deceased Party's Name: Jeanette Engle _____ (the "Injured Party").

5.     Any injury (or injuries) suffered by the Injured Party in addition to those injuries related to the Injured Party's Pancreatic Cancer, which is alleged to have been caused by the drug(s) ingested as set forth below (put "None" if applicable): _____.

6.     Injured Party's spouse or other party making loss of consortium claim: N/A _____.

7.     Other Plaintiff(s) and capacity, if Injured Party is deceased or otherwise incapacitated (i.e., administrator, executor, guardian, representative, conservator, successor in interest): N/A _____.

8.     City(ies) and State(s) of residence of Injured Party at time of ingestion of the Drug(s): Huntington, WV _____.

9.     City and State of residence of Injured Party at time of pancreatic cancer diagnosis (if different from above): _____.

- 2 -

10.     City and State of residence of Injured Party at time of diagnosis of other Injury(ies) alleged in Paragraph 5 (if different from above): _____.

11.     If applicable, City and State of current residence of Injured Party (if different from above): _____.

12.     If applicable, City and State of residence of Injured Party at time of death (if different from above): _____.

13.     If applicable, City and State of current residence of each Plaintiff, including any Consortium and or other Plaintiff(s) (i.e., administrator, executor, guardian, representative, conservator, successor in interest): _____

_____.

14.     Check box(es) of product(s) (the "Drugs") for which you are making claims in this Complaint:

☐ Byetta.  Dates of use: _____.

☑ Januvia.  Dates of use: In or about March 2011 - April 2016.

☐ Janumet.  Dates of use: _____.

☐ Victoza.  Dates of use: _____.

15.     Date of pancreatic cancer diagnosis: On or about June 1, 2016.

16.     If applicable, date of other injuries alleged in Paragraph 5: _____

_____.

17.     If applicable, date of death: _____.

## DEFENDANTS NAMED HEREIN

(Check Defendants against whom Complaint is made)

☐ Amylin Pharmaceuticals, LLC

☐ Eli Lilly and Company

☑ Merck Sharp & Dohme Corp.

☐ Novo Nordisk Inc.

## CAUSES OF ACTION

(Counts in the Master Complaint brought by Plaintiff(s))

- 3 -

1

2 ☑ Count I – Strict Liability – Failure to Warn

3 ☑ Count II – Strict Liability – Design Defect

4 ☑ Count III – Negligence

5 ☑ Count IV – Breach of Implied Warranty

6 ☑ Count V – Breach of Express Warranty

7 ☑ Count VI – Punitive Damages

8 ☐ Count VII – Loss of Consortium

9 ☐ Count VIII – Wrongful Death

10 ☐ Count IX – Survival Action

11 ☐ Other Count(s):_____

12 Plead factual and legal basis for any Other Count(s) in separately numbered

13 Paragraphs (beginning with Paragraph 18) that provide sufficient information

14 and detail to comply with the applicable Federal Rules of Civil Procedure.

15 _____

16 _____.

17 PRAYER FOR RELIEF AND, AS APPLICABLE,

18 PRAYER FOR RELIEF FOR SURVIVAL AND WRONGFUL DEATH

19 WHEREFORE, Plaintiff(s) pray(s) for relief as set forth in the Master

20 Complaint filed in MDL No. 2452.

21 JURY DEMAND

22 Plaintiff(s) hereby ☑ demands ☐ **does not** demand a trial by jury on all

23 issues so triable.

24 Dated: May 14 , 2018

25

26 RESPECTFULLY SUBMITTED,

27 By: s/ Matthew R. Lopez

28 Address and Bar Information

1

2  Ramon Rossi Lopez, CA Bar No. 86361
   Matthew Ramon Lopez, CA Bar No. 263134
3  LOPEZ McHUGH LLP
   100 Bayview Circle, Suite 5600
4  Newport Beach, CA 92660
   Tel: (949) 737-1501
5  Fax: (949) 737-1504
   rlopez@lopezmchugh.com
6  mlopez@lopezmchugh.com
7

8  *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JEANETTE ENGLE | MERCK SHARP & DOHME CORP. |

| (b) County of Residence of First Listed Plaintiff    Cabell, WV | County of Residence of First Listed Defendant    Hunterdon, NJ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Ramon R. Lopez (Bar No. 86361), Matthew R. Lopez (Bar No. 263134) Lopez McHugh, LLP 100 Bayview Circle Suite 5600, Newport Beach, CA 92660 (949) 737-1501 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☒ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☒ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C.A. Section 1332

Brief description of cause:
Personal injury from taking Januvia, a drug to treat Type 2 Diabetes.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE Hon. Anthony Battaglia    DOCKET NUMBER 13-md-2452-AJB(MDD)

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 05/14/2018 | /s/Matthew R. Lopez |

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE