| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | |
| THIS DOCUMENT APPLIES TO PLAINTIFF(S): Amy L. Manzo, individually and as Successor-in-Interest to PAUL MANZO, deceased<br><br>Plaintiffs<br><br>v.<br><br>☐ AMYLIN PHARMACEUTICALS, LLC,<br>☐ ELI LILLY AND COMPANY,<br>☑ MERCK SHARP & DOHME CORP.,<br>☐ NOVO NORDISK INC.,<br><br>(Check all the above that apply)<br><br>Defendants | Pertains To Civil Action No.:<br>_____<br><br>In Re: Incretin-Based Therapies Products Liability Litigation<br><br>**MDL NO. 2452**<br><br>**FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES**<br><br>Case No.: 13md2452 AJB(MDD) |

## FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff(s) named herein, and for Complaint against the Defendants named herein, incorporates and fully adopts the Master Form Complaint (the "Master Complaint") in MDL No. 2452 by reference. Plaintiff(s) further shows the Court as follows:

### JURISDICTION AND VENUE

1. Jurisdiction in this Complaint is based on:

   ☑ Diversity of Citizenship

   ☐ Other (As set forth below, the basis of any additional ground for jurisdiction must be pleaded in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

   _____.

2. District Court and Division in which you might have otherwise filed absent the direct filing order entered by this Court: Northern District of New York, Binghamton

   _____.

3. Plaintiff(s) further adopts the allegations contained in the following paragraphs of the Jurisdiction and Venue section of the Master Complaint:

- ☑ Paragraph 10;
- ☑ Paragraph 11;
- ☐ Paragraph 12;
- ☑ Paragraph 13;
- ☑ Paragraph 14;
- ☑ Paragraph 15; and/or
- ☐ Other allegations as to jurisdiction and venue (Plead in sufficient detail in numbered paragraphs (numbered to begin with 3(a)) as required by the applicable Federal Rules of Civil Procedure): _____ .

## PLAINTIFF/INJURED PARTY INFORMATION

4. Injured/Deceased Party's Name: PAUL MANZO (the "Injured Party").

5. Any injury (or injuries) suffered by the Injured Party in addition to those injuries related to the Injured Party's Pancreatic Cancer, which is alleged to have been caused by the drug(s) ingested as set forth below (put "None" if applicable): Pancreatitis.

6. Injured Party's spouse or other party making loss of consortium claim: _____ .

7. Other Plaintiff(s) and capacity, if Injured Party is deceased or otherwise incapacitated (i.e., administrator, executor, guardian, representative, conservator, successor in interest): Amy L. Manzo, Personal Representative.

8. City(ies) and State(s) of residence of Injured Party at time of ingestion of the Drug(s): Binghamton, NY.

9. City and State of residence of Injured Party at time of pancreatic cancer diagnosis (if different from above): _____ .

10. City and State of residence of Injured Party at time of diagnosis of other Injury(ies) alleged in Paragraph 5 (if different from above): _____.

11. If applicable, City and State of current residence of Injured Party (if different from above): _____.

12. If applicable, City and State of residence of Injured Party at time of death (if different from above): _____.

13. If applicable, City and State of current residence of each Plaintiff, including any Consortium and or other Plaintiff(s) (i.e., administrator, executor, guardian, representative, conservator, successor in interest): Binghamton, NY _____.

14. Check box(es) of product(s) (the "Drugs") for which you are making claims in this Complaint:

☐ Byetta.  Dates of use: _____.
☑ Januvia.  Dates of use: In or about 2014 to June 2015.
☐ Janumet.  Dates of use: _____.
☐ Victoza.  Dates of use: _____.

15. Date of pancreatic cancer diagnosis: In or about March 2016.

16. If applicable, date of other injuries alleged in Paragraph 5: _____.

17. If applicable, date of death: October 23, 2016.

## DEFENDANTS NAMED HEREIN
(Check Defendants against whom Complaint is made)

☐ Amylin Pharmaceuticals, LLC
☐ Eli Lilly and Company
☑ Merck Sharp & Dohme Corp.
☐ Novo Nordisk Inc.

## CAUSES OF ACTION
(Counts in the Master Complaint brought by Plaintiff(s))

☑ Count I – Strict Liability – Failure to Warn

☑ Count II – Strict Liability – Design Defect

☑ Count III – Negligence

☑ Count IV – Breach of Implied Warranty

☑ Count V – Breach of Express Warranty

☑ Count VI – Punitive Damages

☐ Count VII – Loss of Consortium

☑ Count VIII – Wrongful Death

☑ Count IX – Survival Action

☐ Other Count(s):_____

Plead factual and legal basis for any Other Count(s) in separately numbered Paragraphs (beginning with Paragraph 18) that provide sufficient information and detail to comply with the applicable Federal Rules of Civil Procedure.

_____

_____.

## PRAYER FOR RELIEF AND, AS APPLICABLE, PRAYER FOR RELIEF FOR SURVIVAL AND WRONGFUL DEATH

WHEREFORE, Plaintiff(s) pray(s) for relief as set forth in the Master Complaint filed in MDL No. 2452.

## JURY DEMAND

Plaintiff(s) hereby ☑ demands ☐ **does not** demand a trial by jury on all issues so triable.

Dated: September  18 , 20 18

RESPECTFULLY SUBMITTED,

By: /s/ Matthew R. Lopez
Address and Bar Information

- 4 -

| | |
|---|---|
| 1 | |
| 2 | Ramon Rossi Lopez, CA Bar No. 86361 |
| 3 | Matthew Ramon Lopez, CA Bar No. 263134 |
|   | LOPEZ McHUGH LLP |
| 4 | 100 Bayview Circle, Suite 5600 |
|   | Newport Beach, CA 92660 |
| 5 | Tel: (949) 737-1501 |
| 6 | Fax: (949) 737-1504 |
|   | rlopez@lopezmchugh.com |
| 7 | mlopez@lopezmchugh.com |

*Attorneys for Plaintiffs*

- 5 -

FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Amy L. Manzo, Individually, and as Successor-In-Interest to , PAUL MANZO, Deceased

## DEFENDANTS
MERCK SHARP & DOHME CORP.

**(b)** County of Residence of First Listed Plaintiff: Broome County, NY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hunterdon, NJ
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ramon R. Lopez (Bar No. 86361), Matthew R. Lopez (Bar No. 263134)
Lopez McHugh, LLP 100 Bayview Circle Suite 5600, Newport Beach, CA 92660 (949) 737-1501

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [X] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [X] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C.A. section 1332
Brief description of cause:
Personal injury from taking Januvia, a drug to treat Type 2 Diabetes.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Hon. Anthony Battaglia
DOCKET NUMBER: 13-md-2452-AJB(MDD)

DATE: 09/18/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/Matthew R. Lopez

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____