1
2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

3   THIS DOCUMENT APPLIES TO
4   PLAINTIFF(S): _____
    MARGARET BOATWRIGHT _____
5
6   Plaintiffs
7   v.
8   ☐ AMYLIN PHARMACEUTICALS, LLC,
9       ELI LILLY AND COMPANY,
    ☑ MERCK SHARP & DOHME CORP.,
10      NOVO NORDISK INC.,
11  ☐
    (Check all the above that apply)
12
13  Defendants

Pertains To Civil Action No.:
____ 13-md-2452 AJB ____

In Re: Incretin-Based Therapies
Products Liability Litigation

**MDL NO. 2452**
Amended
**SHORT FORM COMPLAINT
FOR DAMAGES**

Case No.: 13md2452 AJB(MDD)

14                **SHORT FORM COMPLAINT FOR DAMAGES**

15          COMES NOW the Plaintiff(s) named herein, and for Complaint against the

16  Defendants named herein, incorporates and fully adopts the Master Form Complaint

17  (the "Master Complaint") in MDL No. 2452 by reference. Plaintiff(s) further shows

18  the Court as follows:

19                    JURISDICTION AND VENUE

20      1.   Jurisdiction in this Complaint is based on:

21          ☑ Diversity of Citizenship

22          ☐ Other (As set forth below, the basis of any additional ground for

23          jurisdiction must be pleaded in sufficient detail as required by the

24          applicable Federal Rules of Civil Procedure):

25          _____

26      2.   District Court and Division in which you might have otherwise filed

27  absent the direct filing order entered by this Court: _____

28  United State District Court - District of South Carolina _____

CIVIL COMPLAINT FOR DAMAGES

3.     Plaintiff(s) further adopts the allegations contained in the following paragraphs of the Jurisdiction and Venue section of the Master Complaint:

☑ Paragraph 10;

☑ Paragraph 11;

☑ Paragraph 12;

☑ Paragraph 13;

☑ Paragraph 14;

☑ Paragraph 15; and/or

☐ Other allegations as to jurisdiction and venue  (Plead in sufficient detail in numbered paragraphs (numbered to begin with 3(a)) as required by the applicable Federal Rules of Civil Procedure): _____ _____.

## PLAINTIFF/INJURED PARTY INFORMATION

4.     Injured/Deceased Party's Name: Margaret Boatwright _____ (the "Injured Party").

5.     Any injury (or injuries) suffered by the Injured Party in addition to those injuries related to the Injured Party's Pancreatic Cancer, which is alleged to have been caused by the drug(s) ingested as set forth below (put "None" if applicable): None _____.

6.     Injured Party's spouse or other party making loss of consortium claim: Fred Boatwright _____.

7.     Other Plaintiff(s) and capacity, if Injured Party is deceased or otherwise incapacitated (i.e., administrator, executor, guardian, representative, conservator, successor in interest):  Quadetra Baccus _____.

8.     City(ies) and State(s) of residence of Injured Party at time of ingestion of the Drug(s): Florence, SC _____.

9.     City and State of residence of Injured Party at time of pancreatic cancer diagnosis (if different from above): _____.

- 2 -

1       10.   City and State of residence of Injured Party at time of diagnosis of

2   other Injury(ies) alleged in Paragraph 5 (if different from above): _____.

3       11.   If applicable, City and State of current residence of Injured Party (if

4   different from above): _____.

5       12.   If applicable, City and State of residence of Injured Party at time of

6   death (if different from above): _____.

7       13.   If applicable, City and State of current residence of each Plaintiff,

8   including any Consortium and or other Plaintiff(s) (i.e., administrator, executor,

9   guardian, representative, conservator, successor in interest): Florence, SC

10  _____.

11      14.   Check box(es) of product(s) (the "Drugs") for which you are making

12  claims in this Complaint:

13         ☐ Byetta.  Dates of use: _____.

14         ☑ Januvia.  Dates of use: 2009-April 2014

15         ☐ Janumet.  Dates of use: _____.

16         ☐ Victoza.  Dates of use: _____.

17      15.   Date of pancreatic cancer diagnosis: 12/10/2010

18      16.   If applicable, date of other injuries alleged in Paragraph 5: N/A

19  _____.

20      17.   If applicable, date of death: \_October 17, 2017_____.

21                  DEFENDANTS NAMED HEREIN

22           (Check Defendants against whom Complaint is made)

23     ☐ Amylin Pharmaceuticals, LLC

24     ☐ Eli Lilly and Company

25     ☑ Merck Sharp & Dohme Corp.

26     ☐ Novo Nordisk Inc.

27                    CAUSES OF ACTION

28      (Counts in the Master Complaint brought by Plaintiff(s))

- 3 -

1

2  ☑ Count I – Strict Liability – Failure to Warn

3  ☑ Count II – Strict Liability – Design Defect

4  ☑ Count III – Negligence

5  ☑ Count IV – Breach of Implied Warranty

6  ☑ Count V – Breach of Express Warranty

7  ☑ Count VI – Punitive Damages

8  ☑ Count VII – Loss of Consortium

9  ☐ Count VIII – Wrongful Death

10  ☐ Count IX – Survival Action

11  ☐ Other Count(s):_____

12  Plead factual and legal basis for any Other Count(s) in separately numbered

13  Paragraphs (beginning with Paragraph 18) that provide sufficient information

14  and detail to comply with the applicable Federal Rules of Civil Procedure.

15  _____

16  _____

17  PRAYER FOR RELIEF AND, AS APPLICABLE,

18  PRAYER FOR RELIEF FOR SURVIVAL AND WRONGFUL DEATH

19  WHEREFORE, Plaintiff(s) pray(s) for relief as set forth in the Master

20  Complaint filed in MDL No. 2452.

21  JURY DEMAND

22  Plaintiff(s) hereby ☑ demands ☐ **does not** demand a trial by jury on all

23  issues so triable.

24  Dated:  February 12, 2020

25

26  RESPECTFULLY SUBMITTED,

27  By:
   Address and Bar Information

28

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Eric M. Poulin
S.C. Bar No.: 100209
Roy T. Willey, IV
S.C. Bar No.: 101010
**Stefan B. Feidler**
S.C. Bar No.: **101918**
**32 Ann Street**
Charleston, South Carolina 29403

*Attorneys for Plaintiff*

- 5 -