UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THIS DOCUMENT APPLIES TO PLAINTIFF(S):

CHARLES TATUM

Plaintiff

v.

☐ AMYLIN PHARMACEUTICALS, LLC,
☐ ELI LILLY AND COMPANY,
☒ MERCK SHARP & DOHME CORP.,
☐ NOVO NORDISK INC.,

Defendants

Pertains To Civil Action No.: 13md2452-AJB-MDD

In Re: Incretin-Based Therapies Products Liability Litigation

**MDL NO. 2452**

**SHORT FORM COMPLAINT FOR DAMAGES**

Case No.: 13md2452 AJB(MDD)

**FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff(s) named herein, and for Complaint against the Defendants named herein, incorporates and fully adopts the Master Form Complaint (the "Master Complaint") in MDL No. 2452 by reference. Plaintiff(s) further shows the Court as follows:

JURISDICTION AND VENUE

1. Jurisdiction in this Complaint is based on:

☒ Diversity of Citizenship

☐ Other (As set forth below, the basis of any additional ground for jurisdiction must be pleaded in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

____________________________________________.

2. District Court and Division in which you might have otherwise filed absent the direct filing order entered by this Court: United States District Court of

Central California- Eastern Division

3. Plaintiff(s) further adopts the allegations contained in the following paragraphs of the Jurisdiction and Venue section of the Master Complaint:

☒ Paragraph 10;

☒ Paragraph 11;

☒ Paragraph 12;

☒ Paragraph 13;

☒ Paragraph 14;

☒ Paragraph 15; and/or

☐ Other allegations as to jurisdiction and venue (Plead in sufficient detail in numbered paragraphs (numbered to begin with 3(a)) as required by the applicable Federal Rules of Civil Procedure): ______________________________ ____________________________________________________________.

PLAINTIFF/INJURED PARTY INFORMATION

4. Injured/Deceased Party's Name: Charles Tatum (the "Injured Party").

5. Any injury (or injuries) suffered by the Injured Party in addition to those injuries related to the Injured Party's Pancreatic Cancer, which is alleged to have been caused by the drug(s) ingested as set forth below (put "None" if applicable): 2 benign cyst/neoplasm blocking liver and pancreas bile ducts turned cancerous

6. Injured Party's spouse or other party making loss of consortium claim: Linda Tatum, Spouse

7. Other Plaintiff(s) and capacity, if Injured Party is deceased or otherwise incapacitated (i.e., administrator, executor, guardian, representative, conservator, successor in interest): ________________________________________

8. City(ies) and State(s) of residence of Injured Party at time of ingestion of the Drug(s): Palm Desert, California

9. City and State of residence of Injured Party at time of pancreatic

cancer diagnosis (if different from above): ______________________________

10. City and State of residence of Injured Party at time of diagnosis of other Injury(ies) alleged in Paragraph 5 (if different from above): _______________

11. If applicable, City and State of current residence of Injured Party (if different from above): _____________________________________________________

12. If applicable, City and State of residence of Injured Party at time of death (if different from above): _____________________________________________

13. If applicable, City and State of current residence of each Plaintiff, including any Consortium and or other Plaintiff(s) (i.e., administrator, executor, guardian, representative, conservator, successor in interest): Palm Desert, California – Linda Tatum, Wife

14. Check box(es) of product(s) (the "Drugs") for which you are making claims in this Complaint:

☐ Byetta. Dates of use: _____________________________________________

☒ Januvia. Dates of use: 2013 – 09/2015

☐ Janumet. Dates of use: ____________________________________________

☐ Victoza. Dates of use: ____________________________________________

15. Date of pancreatic cancer diagnosis: 01/2016

16. If applicable, date of other injuries alleged in Paragraph 5: 2014

17. If applicable, date of death: ____________________

DEFENDANTS NAMED HEREIN

(Check Defendants against whom Complaint is made)

☐ Amylin Pharmaceuticals, LLC

☐ Eli Lilly and Company

☒ Merck Sharp & Dohme Corp.

☐ Novo Nordisk Inc.

CAUSES OF ACTION

(Counts in the Master Complaint brought by Plaintiff(s))

☒ Count I – Strict Liability – Failure to Warn

☒ Count II – Strict Liability – Design Defect

☒ Count III – Negligence

☒ Count IV – Breach of Implied Warranty

☒ Count V – Breach of Express Warranty

☒ Count VI – Punitive Damages

☒ Count VII – Loss of Consortium

☐ Count VIII – Wrongful Death

☐ Count IX – Survival Action

☐ Other Count(s):_____________________

Plead factual and legal basis for any Other Count(s) in separately numbered Paragraphs (beginning with Paragraph 18) that provide sufficient information and detail to comply with the applicable Federal Rules of Civil Procedure.

_____________________________________________________________________

_____________________________________________________________________

PRAYER FOR RELIEF AND, AS APPLICABLE,

PRAYER FOR RELIEF FOR SURVIVAL AND WRONGFUL DEATH

WHEREFORE, Plaintiff(s) pray(s) for relief as set forth in the Master Complaint filed in MDL No. 2452.

JURY DEMAND

Plaintiff(s) hereby ☒ demands ☐ **does not** demand a trial by jury on all issues so triable.

Dated: 9/21/2020

RESPECTFULLY SUBMITTED,

/s/ Thomas F. Yost

Thomas F. Yost, Jr.

(FED 05487)
**THE YOST LEGAL GROUP**
341 N. Calvert Street, Suite 100
Baltimore, MD 21202
Office: (410) 659-6800

TYost@yostlaw.com

*Attorneys for Plaintiff*