1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

3

4

5

THIS DOCUMENT APPLIES TO
PLAINTIFF(S): Joshua Robert Russo, Successor
Executor of the Estate of George P. Russo, Jr.

Pertains To Civil Action No.:

_____

6

Plaintiffs

In Re: Incretin-Based Therapies
Products Liability Litigation

7

v.

**MDL NO. 2452**
FIRST AMENDED

8

9

10

☑ AMYLIN PHARMACEUTICALS, LLC,
☑ ELI LILLY AND COMPANY,
☐ MERCK SHARP & DOHME CORP.,
☑ NOVO NORDISK INC.,

**SHORT FORM COMPLAINT
FOR DAMAGES**

11

(Check all the above that apply)

Case No.: 13md2452 AJB(MDD)

12

13

Defendants

14

FIRST AMENDED   **SHORT FORM COMPLAINT FOR DAMAGES**

15

COMES NOW the Plaintiff(s) named herein, and for Complaint against the

16

Defendants named herein, incorporates and fully adopts the Master Form Complaint

17

(the "Master Complaint") in MDL No. 2452 by reference.  Plaintiff(s) further shows

18

the Court as follows:

19

<u>JURISDICTION AND VENUE</u>

20

1.   Jurisdiction in this Complaint is based on:

21

☑ Diversity of Citizenship

22

☐ Other (As set forth below, the basis of any additional ground for

23

jurisdiction must be pleaded in sufficient detail as required by the

24

applicable Federal Rules of Civil Procedure):

25

_____.

26

2.   District Court and Division in which you might have otherwise filed

27

absent the direct filing order entered by this Court: _____

28

United States District Court - Southern District of California
_____.

3. Plaintiff(s) further adopts the allegations contained in the following paragraphs of the Jurisdiction and Venue section of the Master Complaint:

☑ Paragraph 10;

☑ Paragraph 11;

☑ Paragraph 12;

☑ Paragraph 13;

☑ Paragraph 14;

☑ Paragraph 15; and/or

☐ Other allegations as to jurisdiction and venue  (Plead in sufficient detail in numbered paragraphs (numbered to begin with 3(a)) as required by the applicable Federal Rules of Civil Procedure): _____

_____.

## PLAINTIFF/INJURED PARTY INFORMATION

4. Injured/Deceased Party's Name: George P. Russo, Jr. _____ (the "Injured Party").

5. Any injury (or injuries) suffered by the Injured Party in addition to those injuries related to the Injured Party's Pancreatic Cancer, which is alleged to have been caused by the drug(s) ingested as set forth below (put "None" if applicable): None _____.

6. Injured Party's spouse or other party making loss of consortium claim: N/A _____.

7. Other Plaintiff(s) and capacity, if Injured Party is deceased or otherwise incapacitated (i.e., administrator, executor, guardian, representative, conservator, successor in interest): Joshua Robert Russo, Administrator _____.

8. City(ies) and State(s) of residence of Injured Party at time of ingestion of the Drug(s): Buffalo, NY _____.

9. City and State of residence of Injured Party at time of pancreatic cancer diagnosis (if different from above): N/A _____.

- 2 -

10.    City and State of residence of Injured Party at time of diagnosis of other Injury(ies) alleged in Paragraph 5 (if different from above): N/A_____.

11.    If applicable, City and State of current residence of Injured Party (if different from above): N/A_____.

12.    If applicable, City and State of residence of Injured Party at time of death (if different from above): N/A_____.

13.    If applicable, City and State of current residence of each Plaintiff, including any Consortium and or other Plaintiff(s) (i.e., administrator, executor, guardian, representative, conservator, successor in interest): _____
Joshua Robert Russo, Successor Executor - Suisun City, CA_____.

14.    Check box(es) of product(s) (the "Drugs") for which you are making claims in this Complaint:

☑ Byetta.  Dates of use: 07-20-05 to 12-16-10/Bydureon 08-03-12 to 07-25-13_____.

☐ Januvia.  Dates of use: _____.

☐ Janumet.  Dates of use: _____.

☑ Victoza.  Dates of use: 12-16-10 to 08-03-12_____.

15.    Date of pancreatic cancer diagnosis: 04-27-18_____.

16.    If applicable, date of other injuries alleged in Paragraph 5: N/A_____

_____.

17.    If applicable, date of death: May 21, 2018_____.

DEFENDANTS NAMED HEREIN
(Check Defendants against whom Complaint is made)

☑ Amylin Pharmaceuticals, LLC

☑ Eli Lilly and Company

☐ Merck Sharp & Dohme Corp.

☑ Novo Nordisk Inc.

CAUSES OF ACTION
(Counts in the Master Complaint brought by Plaintiff(s))

- 3 -

1

2  ☑ Count I – Strict Liability – Failure to Warn

3  ☑ Count II – Strict Liability – Design Defect

4  ☑ Count III – Negligence

5  ☑ Count IV – Breach of Implied Warranty

6  ☑ Count V – Breach of Express Warranty

7  ☑ Count VI – Punitive Damages

8  ☐ Count VII – Loss of Consortium

9  ☑ Count VIII – Wrongful Death

10  ☑ Count IX – Survival Action

11  ☐ Other Count(s): N/A

12  Plead factual and legal basis for any Other Count(s) in separately numbered

13  Paragraphs (beginning with Paragraph 18) that provide sufficient information

14  and detail to comply with the applicable Federal Rules of Civil Procedure.

15  _____

16  _____

17  PRAYER FOR RELIEF AND, AS APPLICABLE,

18  PRAYER FOR RELIEF FOR SURVIVAL AND WRONGFUL DEATH

19  WHEREFORE, Plaintiff(s) pray(s) for relief as set forth in the Master

20  Complaint filed in MDL No. 2452.

21  JURY DEMAND

22  Plaintiff(s) hereby ☑ demands ☐ **does not** demand a trial by jury on all

23  issues so triable.

24  Dated:  December 18      _____, 2020

25

26  RESPECTFULLY SUBMITTED,

27  By:  /s/ Kimberly D. Barone Baden
    Address and Bar Information

28

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kimberly D. Barone Baden
(CA SBN 207731)
Ann E. Rice Ervin
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9265 (Phone)
(843) 216-9450 (Fax)
kbarone@motleyrice.com

Will Lemkul
(CA SBN 219061)
Morris, Sullivan & Lemkul, LLP
9915 Mira Mesa Boulevard
Suite 300
San Diego, CA 92131
(858) 566-7600 (Phone)
(858) 566-6602 (Fax)
lemkul@morrissullivanlaw.com


*Attorneys for Plaintiffs*

- 5 -