UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT APPLIES TO PLAINTIFF(S):<br><br>KIMBERLY PETERSON, INDIVIDUALLY AND AS SUCESSOR-IN-INTEREST AND SURVIVING HEIR OF MARY ELAINE TAYLOR, DECEASED<br><br>Plaintiff<br><br>v.<br><br>☐ AMYLIN PHARMACEUTICALS, LLC,<br>☐ ELI LILLY AND COMPANY,<br>☒ MERCK SHARP & DOHME CORP.,<br>☐ NOVO NORDISK INC.,<br>(Check all the above that apply)<br><br>Defendant(s) | Pertains To Civil Action No.:<br><br>In Re: Incretin-Based Therapies Products Liability Litigation<br><br>**MDL NO. 2452**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Case No.: 13md2452 AJB(MDD) |

## **STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against Merck Sharp & Dohme Corp., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to bear their own costs.

Dated: July 1, 2021

By: /s/ *Thomas F Yost*
Thomas F. Yost
YOST LEGAL GROUP
341 N. Calvert St.
Suite 100
Baltimore, MD 21202
tyost@yostlaw.com

*Attorney for Plaintiff*

By: /s/ *Paul E. Boehm*
Paul E. Boehm
Douglas R. Martin
Ana C. Reyes
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
pboehm@wc.com
dmarvin@wc.com
areyes@wc.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on July 1, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Thomas F. Yost*
Thomas F. Yost