UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT APPLIES TO PLAINTIFF(S):<br><br>SANDRA KEESEE AS EXECUTRIX OF ESTATE OF DORIS WILMOTH<br><br>Plaintiffs<br><br>v.<br><br>☐ AMYLIN PHARMACEUTICALS, LLC,<br>☐ ELI LILLY AND COMPANY,<br>☒ MERCK SHARP & DOHME CORP.,<br>☐ NOVO NORDISK INC.,<br>  (Check all the above that apply)<br><br>Defendants | Pertains To Civil Action No.:<br>**15cv673 AJB MDD**<br><br>In Re: Incretin-Based Therapies Products Liability Litigation<br><br>**MDL NO. 2452**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Case No.: 13md2452 AJB(MDD) |

### NOTICE OF WITHDRAWAL OF FILING

Parties hereby withdraw Document 4688, Page ID 65039 Stipulation of Voluntary Dismissal, filed in the above referenced matter. Document was incorrectly filed as a Notice rather than a Motion.

Dated: August 12, 2021

By: /s/ William L. Bross
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL 35203
Office: 205-326-3336
william@hgdlawfirm.com

*Attorney for Plaintiff*

By: /s/ Paul E. Boehm
Paul E. Boehm
Douglas R. Marvin
Ana C. Reyes
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
pboehm@wc.com
dmarvin@wc.com
areyes@wc.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on August 12, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/William L. Bross
William L. Bross
